# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 22, 2023

## NO. 03-23-00351-CV

**Joel Citty, Appellant**

**v.**

**Skyline Terrace Housing Corporation, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE KELLY**

---

This is an appeal from the judgment signed by the trial court on November 14, 2022. Having reviewed the record, the Court holds that appellant has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.